UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

| | | |
|---|---|---|
| Case No. | **CV 24-4242-JFW(RAOx)** | Date: May 24, 2024 |
| Title: | Gwendolyn Hall -v- Friends In Deed | |

**PRESENT:**
       **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| Shannon Reilly | None Present |
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):**   ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR LACK OF SUBJECT MATTER JURISDICTION

      On May 22, 2024, Plaintiff Gwendolyn Hall ("Plaintiff") filed a Complaint in this Court without providing the statutory or other basis for the subject matter jurisdiction of this Court.

      The Federal Rules of Civil Procedure require that "[a] pleading that states a claim for relief *must contain* . . . a short and plain statement of the grounds for the court's jurisdiction." Federal Rule of Civil Procedure 8(a) (emphasis added). In addition, the Local Rules provide that "[t]he statutory or other basis for the exercise of jurisdiction by this Court shall be plainly stated in the first paragraph of any document invoking this Court's jurisdiction." Local Rule 8-1.

      Although Plaintiff's Civil Cover Sheet indicates that the basis for jurisdiction is "U.S. Government Defendant," Plaintiff failed to include a jurisdictional statement in her Complaint and, as a result, failed to properly allege that this Court has jurisdiction. Moreover, it is not clear if there is, in fact, any U.S. Government Defendant, and, to the extent Plaintiff is attempting to allege federal question or diversity jurisdiction, Plaintiff has failed to do so because Plaintiff has failed to identify any federal claims for relief or allege the citizenship of any of the defendants. *See* 28 U.S.C. §§ 1331 and 1332(a).

      Accordingly, Plaintiff is hereby ordered to show cause, in writing, no later than **June 7, 2024**, why this action should not be dismissed for lack of subject matter jurisdiction. No oral argument on this matter will be heard unless otherwise ordered by the Court. See Fed. R. Civ. P. 78; Local Rule 7-15. The Order will stand submitted upon the filing of the response to the Order to Show Cause. If Plaintiff files an amended complaint which corrects the jurisdictional defects noted above on or before **June 7, 2024**, the Court will consider that a satisfactory response to the Order

to Show Cause.  Failure to respond to the Order to Show Cause will result in the dismissal of this action for lack of subject matter jurisdiction.

IT IS SO ORDERED.